

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

July 8, 2024

<u>VIA ECF</u>
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Case 1:24-cv-03773-RA – *Tarr v. Parfum Francis Kurkdjian, LLC*
      <u>Plaintiff's Letter Motion for Extension of Time to File Parties' Joint Status Letter Pursuant to Court's May 21, 2024 Order</u>

Dear Honorable Judge Ronnie Abrams:

      The Plaintiff's counsel, with the consent of Defendant's counsel, respectfully submits this request for an extension of time to submit the joint status letter as per the directives set forth in the Court's May 21, 2024 order, which requested the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge or (2) schedule an initial status conference in the matter, forty-five (45) days from service of the summons and complaint, to wit, by July 8, 2024.

      This is the first time this relief is being requested by the Plaintiff and this letter motion is being filed with the consent of Defendant's counsel, who has not yet formally appeared in the case. As such, Plaintiff requests an additional two (2) weeks, from July 8, 2024 to July 22, 2024 to submit the joint status letter as the parties are in the process of attempting to resolve this matter amicably.

      We thank Your Honor for the attention and consideration herein.

Application granted. SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Judge
July 9, 2024

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: all Counsel of record on ECF