UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>v.<br><br>Tarr v. Parfum Francis Kurkdjian, LLC,<br><br>　　　　　　　　　　　Defendants. | Docket No: 1:24-cv-03773-RA<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff ELLEN ELIZABETH TARR, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

　　Dated:　Brooklyn, New York
　　　　　　September 9, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Mars Khaimov*

　　　　　　　　　　　　　　　　　　　　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　　　　　Mars Khaimov Law, PLLC
　　　　　　　　　　　　　　　　　　　　100 Duffy Ave., Suite 510
　　　　　　　　　　　　　　　　　　　　Hicksville, NY 11801